| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Amy Lynn Wagner<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3790 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13    8/18/23 |
| Case number: | 23–21763–CMB | Date case converted to chapter: | 7    5/6/24 |

**Official Form 309B (For Individuals or Joint Debtors)**

**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Amy Lynn Wagner | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 110 Station Street<br>Bulger, PA 15019 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles Laputka<br>Laputka Law Office LLC<br>1344 W Hamilton St<br>Allentown, PA 18102 | Contact phone 610–477–0155<br><br>Email: claputka@laputkalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234 | Contact phone 412–341–4323<br><br>Email: pwilson@pjwlaw.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/6/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 26, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 785 519 6660, and Passcode 9708427555, call 1–412–286–0582**<br><br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.    Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/26/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/15/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/14/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-21763-CMB
Amy Lynn Wagner                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: May 06, 2024 | Form ID: 309B | Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Lynn Wagner, 110 Station Street, Bulger, PA 15019-2020 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Ryan Starks, Brock & Scott PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15629913 | + | Alleghney Health Network, 117-11 Myrtle Avenue, Richmond Hill, NY 11418-1751 |
| 15629917 | + | Cera Lippert, 2914 Linda Way, Steubenville, OH 43952-2455 |
| 15629920 | | Cornerstone Care, 7 Glassworks Road, Greensboro, PA 15338-9507 |
| 15629922 | + | Eugene Licker, Esquire, Ballard Spahr LLP, 1675 Broadway - 19th Floor, New York, NY 10019-7759 |
| 15629926 | | HVMG, PO box 536589, Pittsburgh, PA 15253-5907 |
| 15629932 | | Mifsud Law Office, 6305 Emerald Parkway, Anderson, IN 46016 |
| 15629934 | + | Paul F. Millen, Esquire, 990 Stewart St - Ste 300, Garden City, NY 11530-9882 |
| 15629936 | + | Reliance First Capital LLC, 201 Old Country Road - Ste 205, Melville, NY 11747-2731 |
| 15629944 | + | Timothy Wagner, 110 Station St, Bulger, PA 15019-2020 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: claputka@laputkalaw.com | May 06 2024 23:16:00 | Charles Laputka, Laputka Law Office LLC, 1344 W Hamilton St, Allentown, PA 18102 |
| tr | + | EDI: QPJWILSON.COM | May 07 2024 03:19:00 | Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| smg | | EDI: PENNDEPTREV | May 07 2024 03:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2024 23:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | May 06 2024 23:16:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | EDI: AISACG.COM | May 07 2024 03:19:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 06 2024 23:16:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15629912 | + | Email/Text: amscbankruptcy@adt.com | May 06 2024 23:16:00 | ADT Security Services, 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 15648208 | + | EDI: BASSASSOC.COM | May 07 2024 03:19:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15629914 | + | EDI: CITICORP | | |

Case 23-21763-CMB    Doc 41    Filed 05/08/24    Entered 05/09/24 00:26:01    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2024 | Form ID: 309B | Total Noticed: 56 |

| Recipient ID | Bypass | Notice Method | Date/Time | Recipient Name/Address |
|---|---|---|---|---|
| | | | May 07 2024 03:19:00 | Amex/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15629916 | + | EDI: CITICORP | May 07 2024 03:19:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15629915 | + | EDI: CAPITALONE.COM | May 07 2024 03:18:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15632498 | | EDI: CAPITALONE.COM | May 07 2024 03:18:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15629918 | + | EDI: CITICORP | May 07 2024 03:19:00 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15636940 | | EDI: CITICORP | May 07 2024 03:19:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15629919 | + | Email/Text: bankruptcy@clearviewfcu.org | May 06 2024 23:16:00 | Clearview Federal CU, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15629921 | | EDI: DISCOVER | May 07 2024 03:19:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15631325 | | EDI: DISCOVER | May 07 2024 03:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15629923 | | Email/Text: eblymiller@fidelitycollections.com | May 06 2024 23:16:00 | Fidelity National Collections, 885 S Sawburg Ave - Ste 103, Alliance, OH 44601-5905 |
| 15632507 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 06 2024 23:16:07 | Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 15629924 | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 06 2024 23:16:07 | FirstMark Services Trust, 121 South 13th St, Lincoln, NE 68508-1904 |
| 15629925 | ^ | MEBN | May 06 2024 23:15:46 | Freedom Mortgage Corp, 951 W Yamato Rd - Ste 175, Boca Raton, FL 33431-4444 |
| 15648198 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 06 2024 23:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15629927 | + | EDI: IRS.COM | May 07 2024 03:19:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15650954 | | EDI: JEFFERSONCAP.COM | May 07 2024 03:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15629928 | | EDI: JPMORGANCHASE | May 07 2024 03:19:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15637106 | + | Email/Text: RASEBN@raslg.com | May 06 2024 23:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15629930 | + | Email/Text: PBNCNotifications@peritusservices.com | May 06 2024 23:16:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15644376 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2024 23:19:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15629931 | + | EDI: LENDNGCLUB | May 07 2024 03:19:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 15648440 | + | EDI: LENDNGCLUB | May 07 2024 03:19:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15643815 | + | Email/Text: bankruptcydpt@mcmcg.com | May 06 2024 23:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15650623 | + | EDI: JEFFERSONCAP.COM | May 07 2024 03:19:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15629933 | + | Email/Text: bnc@nordstrom.com | May 06 2024 23:16:14 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 15650589 | | EDI: PRA.COM | May 07 2024 03:19:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15636989 | + | EDI: PENNDEPTREV | May 07 2024 03:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15636989 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2024 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15629935 | ^ | MEBN | May 06 2024 23:15:22 | Prosper Marketplace Inc., 221 Main St, Suite 300, San Francisco, CA 94105-1909 |
| 15629937 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2024 23:19:03 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 15629939 | + | EDI: SYNC | May 07 2024 03:19:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15629940 | | EDI: SYNC | May 07 2024 03:19:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15629941 | + | EDI: SYNC | May 07 2024 03:19:00 | SYNCB/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 15629942 | + | EDI: SYNC | May 07 2024 03:19:00 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 15629943 | + | EDI: Q3GTBI | May 07 2024 03:19:00 | The Bureaus Inc, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15629945 | + | EDI: WFFC2 | May 07 2024 03:19:00 | WF Crd Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 15644469 | | EDI: WFFC2 | May 07 2024 03:19:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15629929 | | Kayla Vicini, Address Unknown |
| 15629938 | | Steven Diomataris, Address Unknown |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15637107 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2024 | Form ID: 309B | Total Noticed: 56 |

Date: May 08, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor Amy Lynn Wagner claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com  wbecf@brockandscott.com |

TOTAL: 6