IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-21763 |
|     Amy Lynn Wagner | : | Chapter 7 |
|         Debtor | : | |
| | : | |
| Amy Lynn Wagner, | : | Related to Document No. |
| Movant | : | |
| | : | |
|       v. | : | Hearing Date and Time: |
| | : | |
| Pamela J. Wilson, Chapter 7 Trustee, | : | |
| Respondent (if none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULES I, J AND CHAPTER 7 STATEMENT OF
YOUR CURRENT MONTHLY INCOME**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __May 14, 2024_____.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ____First Class Mail and/or Electronic Notification_____.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: ___5/14/2024_____

                      By:     ___/s/ Charls Laputka_____
                              Signature
                              ___Charles Laputka_____
                              Typed Name
                              __1344 W. Hamilton Street, Allentown, PA 18102_____
                              Address
                              ___610-477-0155_____
                              Phone No.
                              ___91984 PA_____
                              List Bar I.D. and State of Admission

PAWB Local Form 7 (07/13)

Creditors Below were served by Electronic Means:

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
810 Vermont Avenue
Pittsburgh, PA 15234

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Creditors Below were served by First Class Mail:

Ally Financial,
c/o AIS Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Free3dom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037

ADT Security Services
3190 South Vaughn Way
Aurora, CO 80014-3541

Accelerated Inventory Mgt. LLC
Bass& Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Alleghney Health Network
117011 Myrtle Avenue
Richmond Hill, NY 11418-1751

Amex/CBNA
PO Box 6789
Sioux Falls, SD 57117-6497

CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One
PO Box 31293

Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Cera Lippert
2914 Linda Way
Steubenville, OH 43952-2455

Citi Cards
PO Box 6241
Sioux Falls, SD 57117-6241

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Clearview Federal CU
8805 University Blvd
Coraopolis, PA 15108-4212

Cornerstone Care
7 Glassworks Road
Greensboro, PA 15338-9507

Discover Bank Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Eugene Licker, Esquire
Ballard Spahr LLP
1675 Broadway - 19th Floor
New York, NY 10019-7759

FIDELITY NATIONAL COLLECTIONS
885 S SAWBURG AVE SUITE 103
ALLIANCE OH 44601-5905

FirstMark Services Trust
121 South 13th St
Lincoln, NE 68508-1904

FIRSTMARK SERVICES
121 S 13TH STREET STE 201
LINCOLN NE 68508-1911

Freedom Mortgage Corp

951 W Yamato Rd - Ste 175
Boca Raton, FL 33431-4444

Freedom Mortgage Corporation
Attn: Bankruptcy Department
10500 Kincaid Drive
Fishers, IN 46037-9764

HVMG
PO box 536589
Pittsburgh, PA 15253-5907

IRS Department of Tresury
PO Box 7346 P
hiladelphia, PA 19101-7346

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774 J

PMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohls/CapOne
PO Box 3115
Milwaukee, WI 53201-3115

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club Corp
71 Stevenson St, Suite 300
San Francisco, CA 94105-2985

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Mifsud Law Office

6305 Emerald Parkway
Anderson, IN 46016

NORDSTROM, INC.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Nordstrom/TD Bank USA
13531 E Caley Ave
Englewood, CO 80111-6504

Paul F. Millen, Esquire
990 Stewart St - Ste 300
Garden City, NY 11530-9882

Pennsylvania Department of Revenue
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067 NORFOLK VA 23541-1067

Prosper Marketplace Inc.
221 Main St, Suite 300
San Francisco, CA 94105-1909

Reliance First Capital LLC
201 Old Country Road - Ste 205
Melville, NY 11747-2731

Resurgent/LVNV Funding
PO Box 1269
Greenville, SC 29602-1269

SYNCB/Amazon
PO Box 965015
Orlando, FL 32896-5015

SYNCB/Care Credit
PO Box 965036
Orlando, FL 32896-5036

SYNCB/Lowe's
PO Box 965005
Orlando, FL 32896-5005

SYNCB/PPC
PO Box 530975
Orlando, FL 32896-0001

The Bureaus Inc

650 Dundee Road Suite 370
Northbrook, IL 60062-2757

Timothy Wagner
110 Station St Bulger, PA 15019-2020

WF Crd Svc
PO Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Pamela J. Wilson
810 Vermont Avenue
Pittsburgh, PA 15234