**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AMY LYNN WAGNER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>   Movant<br>  vs.<br>No Respondents. | Case No.:23-21763<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 08/18/2023 and confirmed on 09/20/2023. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,098.06 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,093.06 |
| | | |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 1,476.82 | |
|  Trustee Fee | 485.88 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,962.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|  FREEDOM MORTGAGE CORPORATION<br>  Acct: 1834 | 0.00 | 6,130.36 | 0.00 | 6,130.36 |
|  FREEDOM MORTGAGE CORPORATION<br>  Acct: 1834 | 6,674.07 | 0.00 | 0.00 | 0.00 |
| | | | | 6,130.36 |
| **Priority** | | | | |
|  CHARLES LAPUTKA ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|  AMY LYNN WAGNER<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|  AMY LYNN WAGNER<br>  Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
|  CHARLES LAPUTKA ESQ<br>  Acct: | 2,813.00 | 1,476.82 | 0.00 | 0.00 |
|  INTERNAL REVENUE SERVICE*<br>  Acct: 4691 | 27,895.46 | 0.00 | 0.00 | 0.00 |
|  PA DEPARTMENT OF REVENUE*<br>  Acct: 3790 | 426.69 | 0.00 | 0.00 | 0.00 |

| 23-21763 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Unsecured | | | | |
|---|---:|---:|---:|---:|
| ADT SECURITY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 10,772.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8926 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 5,224.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1769 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,874.83 | 0.00 | 0.00 | 0.00 |
| Acct: 7779 | | | | |
| CITIBANK NA** | 2,944.77 | 0.00 | 0.00 | 0.00 |
| Acct: 7881 | | | | |
| CLEARVIEW FCU** | 32,643.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6549 | | | | |
| CORNERSTONE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 2,542.06 | 0.00 | 0.00 | 0.00 |
| Acct: 3946 | | | | |
| FIDELITY NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRSTMARK SERVICES | 11,198.88 | 0.00 | 0.00 | 0.00 |
| Acct: 3790 | | | | |
| HVMG CONVENIENTCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 9,348.82 | 0.00 | 0.00 | 0.00 |
| Acct: 4691 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 2,100.21 | 0.00 | 0.00 | 0.00 |
| Acct: 9305 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 6,854.35 | 0.00 | 0.00 | 0.00 |
| Acct: 3933 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 2,919.19 | 0.00 | 0.00 | 0.00 |
| Acct: 5850 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LENDING CLUB CORP* | 6,541.63 | 0.00 | 0.00 | 0.00 |
| Acct: 3722 | | | | |
| MIFSUD LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 4,721.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9733 | | | | |
| RELIANCE FIRST CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 20,882.58 | 0.00 | 0.00 | 0.00 |
| Acct: 5520 | | | | |
| LVNV FUNDING LLC | 6,056.12 | 0.00 | 0.00 | 0.00 |
| Acct: 8255 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 8,829.46 | 0.00 | 0.00 | 0.00 |
| Acct: 7256 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 5,308.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1399 | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |

| 23-21763 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | WELLS FARGO BANK NA | 9,020.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 1778 | | | | |
| | PA DEPARTMENT OF REVENUE* | 104.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 3790 | | | | |
| | ACCELERATED INVENTORY MGT LLC | 22,129.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 3731 | | | | |
| | NORDSTROM INC | 3,139.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 1320 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 6,864.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 9408 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CERA LIPPERT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TIMOTHY WAGNER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BALLARD SPAHR LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 6,130.36 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 28,322.15 |
|---|---|
| SECURED | 6,674.07 |
| UNSECURED | 185,021.00 |

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com