# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Amy Lynn Wagner             CHAPTER 7

Debtor(s)

BKY. NO. 23-21763 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
PA Western BK
11 Jul 2024, 11:06:23, EDT

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com