**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Amy Lynn Wagner <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3790 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–21763–CMB | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amy Lynn Wagner

8/28/24                                                                 **By the court:**  Carlota M Bohm
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-21763-CMB
Amy Lynn Wagner     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 28, 2024     Form ID: 318     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Lynn Wagner, 110 Station Street, Bulger, PA 15019-2020 |
| 15629913 | + | Alleghney Health Network, 117-11 Myrtle Avenue, Richmond Hill, NY 11418-1751 |
| 15629917 | + | Cera Lippert, 2914 Linda Way, Steubenville, OH 43952-2455 |
| 15629920 | | Cornerstone Care, 7 Glassworks Road, Greensboro, PA 15338-9507 |
| 15629922 | + | Eugene Licker, Esquire, Ballard Spahr LLP, 1675 Broadway - 19th Floor, New York, NY 10019-7759 |
| 15629926 | | HVMG, PO box 536589, Pittsburgh, PA 15253-5907 |
| 15629932 | | Mifsud Law Office, 6305 Emerald Parkway, Anderson, IN 46016 |
| 15629934 | + | Paul F. Millen, Esquire, 990 Stewart St - Ste 300, Garden City, NY 11530-9882 |
| 15629936 | + | Reliance First Capital LLC, 201 Old Country Road - Ste 205, Melville, NY 11747-2731 |
| 15629944 | + | Timothy Wagner, 110 Station St, Bulger, PA 15019-2020 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 29 2024 03:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2024 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 29 2024 03:52:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2024 23:59:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15629912 | + | Email/Text: amscbankruptcy@adt.com | Aug 29 2024 00:01:00 | ADT Security Services, 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 15648208 | + | EDI: BASSASSOC.COM | Aug 29 2024 03:52:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15629914 | + | EDI: CITICORP | Aug 29 2024 03:52:00 | Amex/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15629916 | + | EDI: CITICORP | Aug 29 2024 03:52:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15629915 | + | EDI: CAPITALONE.COM | Aug 29 2024 03:52:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15632498 | | EDI: CAPITALONE.COM | Aug 29 2024 03:52:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15629918 | + | EDI: CITICORP | | |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 15636940 | EDI: CITICORP | Aug 29 2024 03:52:00 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| | | Aug 29 2024 03:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15629919 | + Email/Text: bankruptcy@clearviewfcu.org | Aug 29 2024 00:00:00 | Clearview Federal CU, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15803230 | + Email/Text: bankruptcy@clearviewfcu.org | Aug 29 2024 00:00:00 | Clearview Federal Credit Union, Attn: Bankruptcy, 8805 University Blvd, Moon Twp, PA 15108-4212 |
| 15629921 | EDI: DISCOVER | Aug 29 2024 03:52:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15631325 | EDI: DISCOVER | Aug 29 2024 03:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15629923 | Email/Text: eblymiller@fidelitycollections.com | Aug 28 2024 23:59:00 | Fidelity National Collections, 885 S Sawburg Ave - Ste 103, Alliance, OH 44601-5905 |
| 15632507 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 28 2024 23:59:00 | Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 15629924 | + Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 28 2024 23:59:00 | FirstMark Services Trust, 121 South 13th St, Lincoln, NE 68508-1904 |
| 15629925 | + Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2024 23:59:00 | Freedom Mortgage Corp, 951 W Yamato Rd - Ste 175, Boca Raton, FL 33431-4444 |
| 15648198 | + Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2024 23:59:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15629927 | + EDI: IRS.COM | Aug 29 2024 03:52:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15650954 | EDI: JEFFERSONCAP.COM | Aug 29 2024 03:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15629928 | EDI: JPMORGANCHASE | Aug 29 2024 03:52:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15637106 | + Email/Text: RASEBN@raslg.com | Aug 28 2024 23:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15629930 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 28 2024 23:59:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15644376 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 00:16:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15629931 | + EDI: LENDNGCLUB | Aug 29 2024 03:52:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 15648440 | + EDI: LENDNGCLUB | Aug 29 2024 03:52:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15643815 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 29 2024 00:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15650623 | + EDI: JEFFERSONCAP.COM | Aug 29 2024 03:52:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15629933 | + Email/Text: bnc@nordstrom.com | Aug 28 2024 23:59:56 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 15650589 | EDI: PRA.COM | Aug 29 2024 03:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15636989 | + EDI: PENNDEPTREV | Aug 29 2024 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 318 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15636989 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us  Aug 29 2024 00:00:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15629935 | ^ | MEBN | Aug 28 2024 23:55:08 | Prosper Marketplace Inc., 221 Main St, Suite 300, San Francisco, CA 94105-1909 |
| 15629937 | + | Email/PDF: resurgentbknotifications@resurgent.com  Aug 29 2024 00:27:06 | | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 15629939 | + | EDI: SYNC | Aug 29 2024 03:52:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15629940 | | EDI: SYNC | Aug 29 2024 03:52:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15629941 | + | EDI: SYNC | Aug 29 2024 03:52:00 | SYNCB/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 15629942 | + | EDI: SYNC | Aug 29 2024 03:52:00 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 15629943 | + | EDI: Q3GTBI | Aug 29 2024 03:52:00 | The Bureaus Inc, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15629945 | + | EDI: WFFC2 | Aug 29 2024 03:52:00 | WF Crd Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 15644469 | | EDI: WFFC2 | Aug 29 2024 03:52:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15629929 | | Kayla Vicini, Address Unknown |
| 15629938 | | Steven Diomataris, Address Unknown |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15637107 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 28, 2024 | Form ID: 318 | Total Noticed: 52

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Freedom Mortgage Corporation blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Charles Laputka | on behalf of Debtor Amy Lynn Wagner claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Ryan Starks | on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com wbecf@brockandscott.com |

TOTAL: 6